■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODERICK JOHNSON, Appellant. [821 NYS2d 545]—Motion for writ of error coram nobis denied. Present—Pigott, Jr., P.J., Gorski, Smith and Green, JJ.

■ LEONARD D. ALNUTT et al., Respondents, v J & E ELECTRIC, Appellant. [821 NYS2d 544]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Scudder, Kehoe and Green, JJ.

■ THOMAS E. JONES et al., Respondents-Appellants, v W+M AUTOMATION, INC., et al., Appellants-Respondents, and TRI-TEC CONTROLS, INC., et al., Respondents, et al., Defendants. [821 NYS2d 544]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Scudder, Kehoe and Green, JJ.

■ RICHARD F. LANDOW, Respondent, v TOWN OF AMHERST, Appellant. [821 NYS2d 544]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Scudder, Kehoe and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JUNE, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JUNE, Appellant. (Appeal No. 2.) [821 NYS2d 545]—Motion for reargument denied. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Smith and Green, JJ.

■ In the Matter of KEVIN CARRIER, Appellant, v TOWN OF PALMYRA ZONING BOARD OF APPEALS et al., Respondents. [821 NYS2d 141]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Kehoe, Gorski, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN E. ORTIZ, Appellant. [821 NYS2d 545]—Motion for reargument denied. Present—Pigott, Jr., P.J., Gorski, Green and Pine, JJ.

■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. DOLORES M. ACKERMAN, Individually and as Executrix of DONALD E. ACKERMAN, Deceased, Respondent, v ASBESTOS CORPORATION, LTD., Appellant, et al., Defendants. [821 NYS2d 141]—Motion for leave to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Hurlbutt, Scudder and Green, JJ.